UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

    KIMYA R ALDAY

CASE NO. 04 B 32327

CHAPTER 13

JUDGE: A BENJAMIN GOLDGAR

        Debtor

SSN XXX-XX-8499

--------------------------------------------------------------------
### TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

    The case was filed on 08/31/2004 and was confirmed 11/02/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured creditors 10.00%.

    The case was dismissed after confirmation 03/11/2008.

--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ARGENT HEALTHCARE FIN SE | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 2290.00 | .00 | 188.48 |
| CMA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DIABETES SELF MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | UNSECURED | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | NOTICE ONLY | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GOTTLIEB MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| LUEKE BAKER & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL IMAGING | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST READERS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NATIONS RECOVERY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NO IL EMERG & OCCUP MED | UNSECURED | NOT FILED | .00 | .00 |
| PUBLISHERS CLEARING HOUS | UNSECURED | NOT FILED | .00 | .00 |
| RMA | UNSECURED | NOT FILED | .00 | .00 |
| UNITED STUDENT AID FUNDS | UNSECURED | 3409.66 | .00 | 280.64 |
| SALLIE MAE INC | FILED LATE | 25217.83 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| SALVATORE SPINELLI ESQ | UNSECURED | NOT FILED | .00 | .00 |
| T-MOBILE BANKRUPTCY | UNSECURED | 485.97 | .00 | 40.01 |
| VILLAGE OF BERKELEY | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF FOREST PARK | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 1666.74 | .00 | 137.10 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1152.31 | .00 | 94.85 |
| MARSHALL FIELDS | UNSECURED | 1485.68 | .00 | 122.22 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| UNITED STUDENT AID FUNDS | UNSECURED | 11316.45 | .00 | 931.44 |
| PINNACLE FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,444.00 | | 1,613.14 |
| TOM VAUGHN | TRUSTEE | | | 202.14 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
RECEIPTS                DISBURSEMENTS

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 32327 KIMYA R ALDAY

```
--------------------------------------------------------------------------------
TRUSTEE                           3,610.02

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                              1,794.74
ADMINISTRATIVE                                         1,613.14
TRUSTEE COMPENSATION                                     202.14
DEBTOR REFUND                                               .00
                            ---------------     ---------------
TOTALS                            3,610.02            3,610.02
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 05/26/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                                   PAGE   3
           CASE NO. 04 B 32327 KIMYA R ALDAY